NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| OLIN MORRIS and ANNETTE MORRIS, as personal representatives on behalf of the Estate of Christopher Morris, | ) ) ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-2664 |
| | ) | |
| UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; WINTER HAVEN HOSPITAL, INC.; CARLTON CARMICHAEL HAMILTON, M.D.; and UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, INC. | ) ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Polk County; Larry Helms, Judge.

Rebecca Bowen Creed of Creed & Gowdy, P.A., Jacksonville, and Timothy H. David and D. Paul McCaskill of David & Philpot, P.L., Longwood, for Appellants.

Christin Davis Graves and James Parker-Flynn of Carlton Fields, Tallahassee, for Appellee University of Florida Board of Trustees.

Dinah Stein and Sharon R. Vosseller
of Hicks, Porter, Ebenfeld & Stein, P.A.;
Miami; and John W. Bocchino of Beytin,
McLaughlin, McLaughlin, O'Hara,
Bocchino & Bolin, P.A.; Maitland, for
Appellee Winter Haven Hospital.

No appearance for Appellees Carlton
Carmichael Hamilton, M.D., and
University Of Florida Jacksonville
Physicians, Inc.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.